UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN D. POLEQUIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:07-cv-5362-KLS<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including the following: the administrative law judge (ALJ) will give further consideration to Plaintiff's level of adaptive functioning, including consideration of Listing 12.05C; address the limitations assessed by Dr,. Washburn; give further consideration to the treating and examining source opinions and non-examining source opinions, and explain the weight given to such opinion evidence; as appropriate, the ALJ may request the treating and examining sources to provide additional

Page 1        ORDER - [3:07-cv-5362-KLS]

evidence and/or further clarification of the opinions and medical source statements about what Plaintiff can still do despite his impairments; the ALJ may enlist the aid and cooperation of Plaintiff's representative in developing evidence from Plaintiff's treating sources; further evaluate the degree to which Plaintiff was involved in semiskilled tasks in his work background; obtain additional evidence concerning Plaintiff's impairments in order to complete the administrative record in accordance with 20 C.F.R. §§ 404.1512-13, 416.912-13 regarding consultative examinations and existing medical evidence; and conduct a new hearing with medical expert (psychologist) testimony, if available.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 3rd day of October, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:    206-615-2531
thomas.elsberry@ssa.gov

Page 2          ORDER - [3:07-cv-5362-KLS]