# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHEN D POLEQUIN,
              Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security.
              Defendant.

**JUDGMENT IN A CIVIL CASE**
FOR ATTORNEY FEES AND COSTS

CASE NUMBER: C07-5362KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that attorney fees in the amount of $2,617.39 and costs of $350.00 be awarded to plaintiff.

October 11, 2007

BRUCE RIFKIN
Clerk

_____ /s/__*Traci Whiteley*_____
By Traci Whiteley, Deputy Clerk